■ CINDY L. HOPLER, Respondent, v THOMAS M. HOPLER, Appellant. [793 NYS2d 820]—Appeal from a judgment of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered February 5, 2004 in a matrimonial action. The judgment, insofar as appealed from, ordered defendant to pay plaintiff nondurational maintenance in the amount of $800 per month.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Kehoe, J.P., Gorski, Smith, Pine and Hayes, JJ.